AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

**FILED**

**Sep 03, 2025**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America

v.

Christopher Woods

)
)
)
)
)

1:25-MJ-00101-SAB

Case No.   24-CR-40041-001

**RECEIVED**
**By USMS at 4:50 pm, Dec 17, 2024**

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Christopher Woods          ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ❏ Complaint

❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

Count 1: Distribution of Methamphetamine in violation of 21 United States Code Section 841(a)(1) and (b)(1)(B).
Count 2: Posssession with Intent to Distribute Methamphetamine in violation of 21 United States Code, Section 841(a)(1) and (b)(1)(B).
Counts 3, 4 & 6: Attempted Distribution of Methamphetamine in violation of Title 21, United States Code, Section 846.
Count 5: Distribution of Methamphetamine in violation of 21 United States Code Section 841(a)(1) and (b)(1)(B).

Date:   12/17/2024

*Issuing officer's signature*

City and state:    Rock Island, Illinois

Shig Yasunaga, Clerk of Court

*Printed name and title*

| **Return** |
|---|

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____

at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

E-FILED
Tuesday, 17 December 2024 03:58:?? PM
Clerk, U.S. District Court, ILCD

FILED

DEC 17 2024

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**AT ROCK ISLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| CHRISTOPHER WOODS | ) |
| | ) |
| | ) |
| Defendant. | ) |

1:25-MJ-00101-SAB

Criminal No. 24-CR-*40041*

VIO: Title 21, United States Code,
Sections 841(a)(1), (b)(1)(A), (b)(1)(B);
846; 851

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**(Distribution of Methamphetamine)**

On or about February 6, 2024, in Henry County, in the Central District of Illinois

and elsewhere,

**CHRISTOPHER WOODS**

the defendant herein, did knowingly distribute at least 5 grams of methamphetamine

(actual), a Schedule II controlled substance, in violation of 21 United States Code

§841(a)(1) and (b)(1)(B).

## COUNT TWO
### (Possession with Intent to Distribute Methamphetamine)

On or about February 11, 2024, in Henry County, in the Central District of Illinois

and elsewhere,

## CHRISTOPHER WOODS

the defendant herein, did knowingly possess with intent to distribute at least 5 grams of

methamphetamine (actual), a Schedule II controlled substance, in violation of 21 United

States Code §841(a)(1) and (b)(1)(B).

## COUNT THREE
### (Attempted Distribution of Methamphetamine)

On or about July 24, 2024, through July 27, 2024, in Henry County, in the Central

District of Illinois and elsewhere,

## CHRISTOPHER WOODS

the defendant herein, did attempt to knowingly distribute at least 50 grams of

methamphetamine (actual), a Schedule II controlled substance, in violation of 21 United

States Code §841(a)(1) and (b)(1)(A).

All in violation of Title 21 United States Code § 846.

2

## COUNT FOUR
### (Attempted Distribution of Methamphetamine)

On or about July 30, 2024, through August 2, 2024, in Henry County, in the Central District of Illinois and elsewhere,

### CHRISTOPHER WOODS

the defendant herein, did attempt to knowingly distribute at least 50 grams of methamphetamine (actual), a Schedule II controlled substance, in violation of Title, 21 United States Code, Section 841(a)(1) and (b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## COUNT FIVE
### (Distribution of Methamphetamine)

On or about August 6, 2024, through August 9, 2024, in Henry County, in the Central District of Illinois and elsewhere,

### CHRISTOPHER WOODS

the defendant herein, did knowingly distribute at least 5 grams of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

3

## COUNT SIX
### (Attempted Distribution of Methamphetamine)

On or about September 6, 2024, through September 9, 2024, in Henry County, in

the Central District of Illinois and elsewhere,

## CHRISTOPHER WOODS

the defendant herein, did attempt to knowingly distribute at least 50 grams of

methamphetamine (actual), a Schedule II controlled substance, in violation of Title, 21

United States Code, Section 841(a)(1) and (b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## SPECIAL FINDING

In connection with the offenses set forth in Counts 1-6 of this Indictment, the following factors are relevant to determining the sentence of the defendant, **CHRISTOPHER WOODS**, pursuant to Title 21, United States Code, Section 851.

1.　　On or about October 22, 2015, the defendant was convicted in the United States District Court for the Central District of Illinois of the offense of Possession with Intent to Distribute Methamphetamine in case number 4:15-cr-40012, a Serious Drug Felony, for which he served a term of imprisonment of more than 12 months and was released from imprisonment within 15 years of the commencement of the offenses alleged in Counts 1-6 of this Indictment.

A TRUE BILL,

Redacted
_____
FOREPERSON

Redacted
_____
GREGORY K. HARRIS
UNITED STATES ATTORNEY
AWS