ERIC GRANT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:25-MJ-00101-SAB |
|---|---|
| Plaintiff. | MOTION TO UNSEAL INDICTMENT |
| v. | |
| CHRISTOPHER WOODS, | |
| Defendant. | |

**MOTION TO UNSEAL**

On/about September 3, 2025, Defendant Christopher Woods (Defendant) was arrested on an arrest warrant issued on an indictment from the United States District Court for the Central District of Illinois in Case Number 4:24-cr-40041-SLD (the "Indictment").

///
///
///
///
///
///
///
///

MOTION TO UNSEAL

1  Defendant is in custody in this District and making his initial appearance tomorrow Thursday,
2  September 4, 2025 in this District. Accordingly, the United States asks that the Court order that the
3  Indictment be unsealed.

4  Dated: September 3, 2025                    ERIC GRANT
                                                United States Attorney
5

6                                          By:  /s/ Jeffrey Spivak
                                                JEFFREY A. SPIVAK
7                                               Assistant United States Attorney

MOTION TO UNSEAL

## **ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Indictment (the "Indictment") in this matter be unsealed.

IT IS SO ORDERED.

Dated: __**September 3, 2025**__

_____
STANLEY A. BOONE
United States Magistrate Judge